UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** KENNEY BECKER LLP
EUGENE S. BECKER

-v-

MARTIN S. KENNEY

**Defendant**

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Defendant_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 4/17/06

**Signature of Attorney**

**Attorney Bar Code:** JLG560

Form Rule7_1.pdf