UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

                           Plaintiff,

     -against-

MARTIN S. KENNEY,

                           Defendant.

----------------------------------------------------------------------

NOTICE OF APPEARANCE

Docket 06 Cv 2975 (JSR)

     PLEASE TAKE NOTICE that Stephen Latzman, Esq., has appeared as attorney for plaintiffs in this action removed from the Supreme Court, New York County, and demands that all papers be served upon the undersigned at the address set forth below.

Dated: New York, New York
       April 24, 2006

                                      /s/ Stephen Latzman
                                      Stephen Latzman, Esq. (SL 6462)
                                      Attorney for Plaintiff
                                      276 Fifth Avenue, Suite 306
                                      New York, New York 10001
                                      (212) 532-3368

To:    Joseph H. Lilly, Esq.
         Attorney for Defendant
         60 East 42nd Street, Suite 1338
         New York, NY 10165

Certificate of Mailing

State of New York  )
                    )ss.:
County of New York)

    Stephen Latzman, an attorney, certifies following:

On April 24, 2006, I served the within Notice of Appearance upon Joseph H. Lilly, Esq., Attorney for Defendant at 60 East 42nd Street, Suite 1338, New York, NY 10165, by first class mail by depositing a true copy of same in a postpaid properly addressed wrapper in an official depository under the exclusive care and control of the United States Postal Service within the state of New York.

Dated:  April 24, 2006

  /s/ Stephen Latzman
Stephen Latzman, Esq. (SL 6462)
Attorney for Plaintiff
276 Fifth Avenue, Suite 306
New York, New York 10001
(212) 532-3368