```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
KENNY, BECKER LLP, and EUGENE S.     :
BECKER,                              :
                                     :   06 Civ. 2975 (JSR)
            Plaintiffs,              :
                                     :          ORDER
        -v-                          :
                                     :
MARTIN S. KENNEY,                    :
                                     :
            Defendant.               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see Transcript, Apr. 24, 2006, the Court hereby orders a stay of arbitration in the above-captioned matter until May 23, 2006. Per this Court's Individual Rules of Practice ¶3(a), a courtesy copy of defendant's Notice of Removal and exhibits thereto shall be submitted to Chambers forthwith.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 24, 2006

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-06