UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                          <u>JURY DEMAND</u>

KENNEY, BECKER LLP and
EUGENE S. BECKER,

                                    Plaintiff,                         Docket 06 Cv 2975 (JSR)

             -against-

MARTIN S. KENNEY,

                                    Defendant.

-----------------------------------------------------------------------

<u>Demand For Jury Trial</u>

       PLEASE TAKE NOTICE that Rule 38 and Rules 81(c) of the FRCvP plaintiffs demand a

trial by jury of all issues in this action in which Notice of Removal was filed on April 17, 2006.

 Dated:  New York, New York
           April 25, 2006

                                                   <u>/s/ Stephen Latzman</u>
                                                   Stephen Latzman, Esq. (SL 6462)
                                                   Attorney for Plaintiffs
                                                   276 Fifth Avenue, Suite 306
                                                   New York, New York 10001
                                                   (212) 532-3368


To:    Joseph H. Lilly, Esq.
       Attorney for Defendant
       60 East 42nd Street, Suite 1338
       New York, NY 10165

<u>Certificate of Mailing</u>

State of New York   )

                      )ss.:

County of New York)

        Stephen Latzman, an attorney, certifies following:

        On April 25, 2006, I served the within Notice of Appearance upon Joseph H. Lilly, Esq., Attorney for Defendant at 60 East 42nd Street, Suite 1338, New York, NY 10165, by first class mail by depositing a true copy of same in a postpaid properly addressed wrapper in an official depository under the exclusive care and control of the United States Postal Service within the state of New York.

Dated:  April 25, 2006

                                   /s/ Stephen Latzman
                                 Stephen Latzman, Esq. (SL 6462)
                                 Attorney for Plaintiffs
                                 276 Fifth Avenue, Suite 306
                                 New York, New York 10001
                                 (212) 532-3368