UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

                Plaintiff,

-against-

MARTIN S. KENNEY,

                Defendant.

------------------------------------------------------------------------

JURY DEMAND

Docket 06 Cv 2975 (JSR)

### Demand For Jury Trial

PLEASE TAKE NOTICE that Rule 38 and Rules 81(c) of the FRCvP plaintiffs demand a trial by jury of all issues in this action in which Notice of Removal was filed on April 17, 2006.

Dated:  New York, New York
        April 25, 2006

                /s/ Stephen Latzman
                Stephen Latzman, Esq. (SL 6462)
                Attorney for Plaintiffs
                276 Fifth Avenue, Suite 306
                New York, New York 10001
                (212) 532-3368

To:    Joseph H. Lilly, Esq.
         Attorney for Defendant
         60 East 42nd Street, Suite 1338
         New York, NY 10165

Certificate of Mailing

State of New York   )
                    )ss.:
County of New York)

    Stephen Latzman, an attorney, certifies following:

    On April 25, 2006, I served the within Notice of Appearance upon Joseph H. Lilly, Esq., Attorney for Defendant at 60 East 42nd Street, Suite 1338, New York, NY 10165, by first class mail by depositing a true copy of same in a postpaid properly addressed wrapper in an official depository under the exclusive care and control of the United States Postal Service within the state of New York.

Dated:  April 25, 2006

        /s/ Stephen Latzman
        Stephen Latzman, Esq. (SL 6462)
        Attorney for Plaintiffs
        276 Fifth Avenue, Suite 306
        New York, New York 10001
        (212) 532-3368