UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

RULE 7.1 STATEMENT

                                        Plaintiff,                    Docket 06 Cv 2975 (JSR)

              -against-

MARTIN S. KENNEY,

                                        Defendant.

---------------------------------------------------------------------

          Pursuant to FRCvP 7.1, the undersigned counsel of record for a non-governmental

corporate party states that the corporate parent of plaintiff is: none.

 Dated:  New York, New York
         April 25, 2006

                                                  /s/ Stephen Latzman
                                                  Stephen Latzman, Esq. (SL 6462)
                                                  Attorney for Plaintiffs
                                                  276 Fifth Avenue, Suite 306
                                                  New York, New York 10001
                                                  (212) 532-3368

To:     Joseph H. Lilly, Esq.
        Attorney for Defendant
        60 East 42nd Street, Suite 1338
        New York, NY 10165

<u>Certificate of Mailing</u>

State of New York   )

))ss.:

County of New York)

Stephen Latzman, an attorney, certifies following:

On April 25, 2006, I served the within Rule 7.1 Statement upon Joseph H. Lilly, Esq., Attorney for Defendant at 60 East 42nd Street, Suite 1338, New York, NY 10165, by first class mail by depositing a true copy of same in a postpaid properly addressed wrapper in an official depository under the exclusive care and control of the United States Postal Service within the state of New York.

Dated:  April 25, 2006

<u>/s/ Stephen Latzman</u>
Stephen Latzman, Esq. (SL 6462)
Attorney for Plaintiffs
276 Fifth Avenue, Suite 306
New York, New York 10001
(212) 532-3368