IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KENNEY, BECKER LLP and            :
EUGENE S. BECKER,                 :
                                  :   Case No. 06 CIV 2975 (JSR)
         Plaintiffs               :
                                  :
   - against -                    :
                                  :
MARTIN S. KENNEY,                 :
         Defendant.               :
-------------------------------------------------------------x

## CERTIFICATION OF SERVICE

      The undersigned, being an attorney licensed to practice in the State of New York, over the age of 18 and a resident of the State of New York, hereby certifies that he caused a true and complete copy of the Defendant's Memorandum Of Law In Opposition To Motion For Reargument & Renewal Of State Court Orders Compelling Arbitration herein to be served upon the below-named counsel for Plaintiffs Kenney, Becker LLP and Eugene S. Becker:

Stephen Latzman, Esq.
Law Office of Stephen Latzman
276 Fifth Avenue, Suite 306
New York, New York 10001

*via* fax and first-class mail this 8th day of May, 2006.

Dated: May 8, 2006
      New York, New York

                                                    /s/ JOSEPH H. LILLY, III
                                                Joseph H. Lilly, III
                                                Law Office of Joseph H. Lilly, III
                                                60 East 42nd Street, Suite 1338
                                                New York, New York 10165
                                                (212) 687-6523
                                                Attorneys for Defendant