```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
KENNEY, BECKER LLP, and EUGENE S.    :
BECKER,                              :
                                     :   06 Civ. 2975 (JSR)
              Plaintiffs,            :
                                     :   ORDER
         -v-                         :
                                     :
MARTIN S. KENNEY,                    :
                                     :
              Defendant.             :
------------------------------------ x
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3-9-07

JED S. RAKOFF, U.S.D.J.

The Court having denied plaintiffs' motion for reconsideration of their renewed motion to stay arbitration in this action, see Order dated June 2, 2006, the Clerk of the Court is directed to close documents 9 and 11 from the docket.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 8, 2007

1