UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...........................................................................X

| | | |
|---|---|---|
| KENNEY, BECKER LLP and<br>EUGENE S. BECKER, | : | 06 Civ. 2975 (JSR) |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **NOTICE OF MOTION** |
| v. | : | **FOR SANCTIONS AND** |
| | : | <u>**INJUNCTIVE RELIEF**</u> |
| MARTIN S. KENNEY, | : | |
| | : | **Oral Argument Requested** |
| Defendant | : | |

...........................................................................X

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Joseph H. Lilly,

III, Esq., dated December 10, 2007, and exhibits thereto, the accompanying Memorandum of

Law, and all other papers herein, defendant Martin S. Kenney and third parties Gymway Limited

and Gymway Holdings Limited will move this Court before Judge Jed S. Rakoff, at the United

States Courthouse, 500 Pearl Street, New York, New York, on January 3, 2008, at 3:30 pm or as

soon thereafter as counsel may be heard, for an order imposing sanctions including reasonable

attorneys' fees and costs and granting injunctive relief pursuant to Rules 45(c)(1) and 65 of the

Federal Rules of Civil Procedure and the inherent powers of the Court.

PLEASE TAKE FURTHER NOTICE that plaintiffs' answering papers, if any, must be

served upon the undersigned counsel for the moving parties on or before December 17, 2007,

and all reply papers shall be served on or before December 20, 2007.

Dated: New York, New York
        December 10, 2007

                              KASOWITZ, BENSON, TORRES,
                              & FRIEDMAN LLP

                              By: _____
                                  Dimitry Joffe (DJ-6498)

                              1633 Broadway
                              New York, New York 10019
                              (212) 506-1700 Telephone
                              (212) 506-1800 Facsimile
                              *Attorneys for Martin S. Kenney, Gymway Limited
                              and Gymway Holdings Limited*

To:

Stephen Latzman, Esq.                    Robert J. DeWitt, Esq.
276 Fifth Avenue, Suite 306              International Centre for Dispute Resolution
New York, NY 10001                       1633 Broadway
212-532-3368                             New York, NY 10019
Attorneys for Plaintiffs                 Arbitrator, Case No. 50 180 T 0019 06

International Centre for Dispute Resolution
Attn:  Ms. Andrea H. Bugbee
1633 Broadway
New York, NY 10019
Case Manager, Case No. 50 180 T 0019 06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................X

KENNEY, BECKER LLP and          :
EUGENE S. BECKER,               :
                                :
                    Plaintiffs, :
                                :        06 Civ. 2975 (JSR)
        v.                      :
                                :
MARTIN S. KENNEY,               :
                                :
                    Defendant   :
................................................................X

## CERTIFICATE OF SERVICE

The undersigned, an attorney licensed to practice in the state of New York, hereby

certifies that he caused true and correct copies of (a) Notice of Motion for Sanctions and

Injunctive Relief, (b) Declaration of Joseph H. Lilly, III, dated December 10, 2007, with exhibits

thereto, and (c) Memorandum of Law in Support of Motion for Sanctions and Injunctive Relief,

to be served by hand upon:

Stephen Latzman, Esq.                    Robert J. DeWitt, Esq.
276 Fifth Avenue, Suite 306              International Centre for Dispute Resolution
New York, NY 10001                       1633 Broadway
212-532-3368                             New York, NY 10019
Attorneys for Plaintiffs                 Arbitrator, Case No. 50 180 T 0019 06

International Centre for Dispute Resolution
Attn:  Ms. Andrea H. Bugbee
1633 Broadway
New York, NY 10019
Case Manager, Case No. 50 180 T 0019 06


_____
Dimitry Joffe, Esq. (DJ-6498)

*Index No.*  06 Civ. 2975 (JSR)  *Year 20*  **06**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNEY, BECKER LLP and
EUGENE S. BECKER

Plaintiff,

-against-

MARTIN S. KENNEY,

Defendant.

<strong>NOTICE OF MOTION</strong>

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

*Attorney(s) for*  **Defendant**

1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>212-506-1700

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:*  December 10, 2007

Signature.......... *Dimitry Joffe*

Print Signer's Name.............. Dimitry Joffe

*Service of a copy of the within* ......................................................... *is hereby admitted.*

*Dated:*

.................................................................
*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**  *that the within is a (certified) true copy of a*
*entered in the office of the clerk of the within named Court on*                20

☐ **NOTICE OF SETTLEMENT**  *that an Order of which the within is a true copy will be presented for settlement to the*
*Hon.*                                    *one of the judges of the within named Court,*
*at*
*on*                20          *, at*                *M.*

*Dated:*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

*Attorney(s) for*

**Defendant**<br>1633 BROADWAY<br>NEW YORK, NEW YORK 10019

*To:*