UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

                      Plaintiffs,

-against-

MARTIN S. KENNEY,

                      Defendant.
-----------------------------------------------------------------x

NOTICE OF MOTION

Docket 06 Cv 2975 (JSR)

PLEASE TAKE NOTICE that plaintiffs pursuant to Local Rule 6.3 move the court for an order granting reargument and reconsideration of the Memorandum and Order dated March 6, 2008 and entered in the docket of the court on March 10, 2008, which granted defendant's motion for sanctions and upon such reargument and reconsideration, denying defendant's motion.

At a pre-motion conference the court directed plaintiffs' moving papers to be served and filed March 24, 2008, answering papers served and filed March 31, 2008, and reply papers served and filed April 7, 2008.

Dated: New York, New York
          March 24, 2008

_____
Stephen Latzman, Esq. (SL 6462)
Attorney for Plaintiff
276 Fifth Avenue, Suite 306
New York, New York 10001
(212) 532-3368

## CERTIFICATE OF MAILING

State of New York  )
                   )ss.:
County of New York )

Stephen Latzman, an attorney, certifies following:

On March 24, 2008, I caused to be served the within Notice of Motion by overnight courier, by depositing same in a prepaid properly addressed wrapper in an official depository under the exclusive care and control of the Federal Express Corporation within the state of New York upon the following:

Joseph Lilly, Esq.,
60 East 42nd Street, Suite 1338
New York, NY 10165

Dimitry Joffe, Esq,
Kasowitz, Benson, Torres and Friedman
1633 Broadway
New York, NY 10019

Dated: March 24, 2008

Stephen Latzman, Esq. (SL 6462)
Attorney for Plaintiff
276 Fifth Avenue, Suite 306
New York, New York 10001
(212) 532-3368