UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

                                        Plaintiffs,

                  -against-

MARTIN S. KENNEY,

                                        Defendant.
-----------------------------------------------------------------x

NOTICE OF DEPOSIT
OF UNDERTAKING

Docket 06 Cv 2975 (JSR)

 

        Plaintiffs Kenney, Becker LLP and Eugene Becker having appealed to the United States

Court of Appeals for Second Circuit from the orders filed herein on March 10, 2008, April 23,

2008 and April 24, 2008, Notice is hereby given that plaintiffs Kenney, Becker LLP and Eugene

Becker have deposited with the Clerk of this Court the sum of Thirty Thousand ($ 30,000)

Dollars in legal tender of the United States as an undertaking that if the orders appealed from, or

any part of them, are affirmed, or the appeal is dismissed, the plaintiffs shall pay the amount

directed to be paid by the orders, or the part of it as to which the orders are affirmed.

Dated:  May 8, 2008
        New York, NY

                                        _____
                                        Stephen Latzman, Esq. (SL 6462)
                                        Attorney for Plaintiffs
                                        276 Fifth Avenue, Suite 306
                                        New York, NY 10001
                                        (212) 532 3368

To:     Joseph Lilly, Esq.,
        Attorney for Defendant
        60 East 42nd Street, Suite 1338
        New York, NY 10165

        Dimitry Joffe, Esq,
        Kasowitz, Benson, Torres and Friedman
        Attorney for Defendant
        1633 Broadway
        New York, NY 10019



**Bank of America** 🇺🇸

**Cashier's Check**

No. **1438308**

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date   **MAY 06, 2008**

30-1/1140
NTX

Banking
Center     **ONE PENN PLAZA**

0060216  00010   001438308

**EUGENE BECKER**
Remitter (Purchased By)

$   **\*\*15000.00\*\***

Pay   **\*\*FIFTEEN THOUSAND DOLLARS AND 00 CENTS\*\***
To
The
Order   **\*\*CLERK OF THE COURT, SDNY\*\***
Of     **\*\*\*\***

Bank of America, N.A.
San Antonio, Texas

**VOID AFTER 90 DAYS**   06-2975

Authorized Signature

⑉"1438308"⑉ ⑊114000019⑊ 0016410049 28⑊

■ THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK     THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK ■

**Bank of America** 🇺🇸

**Cashier's Check**

No. **1438306**

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date   **MAY 06, 2008**

30-1/1140
NTX

Banking
Center     **ONE PENN PLAZA**

0060216  00010   001438306

**EUGENE BECKER**
Remitter (Purchased By)

$   **\*\*15000.00\*\***

Pay   **\*\*FIFTEEN THOUSAND DOLLARS AND 00 CENTS\*\***
To
The
Order   **\*\*CLERK OF THE COURT, SDNY\*\***
Of     **\*\*\*\***

Bank of America, N.A.
San Antonio, Texas

**VOID AFTER 90 DAYS**   06-2975

Authorized Signature

⑉"1438306"⑉ ⑊114000019⑊ 0016410049 28⑊

■ THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK     THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK ■

ORIGINAL-WHITE    DUPLICATE-YELLOW    TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
SOUTHERN DISTRICT OF NEW YORK

E 650099

RECEIVED FROM                                   at

EUGENE BECKER SOLUTIONS

| Fund | | Cash | Check | M.O. | Credit |
|---|---|---|---|---|---|
| 685SXX | Deposit Funds | | | | |
| 604700 | Registry Funds | | | | |
| 508500 | General and Special Funds | | | | |
| 085000 | Immigration Fees | | | | |
| 086900 | Attorney Admission Fees | | | | |
| 322340 | Filing Fees | | | | |
| 322350 | Sale of Publications | | | | |
| 322360 | Copy Fees | | | | |
| 143500 | Miscellaneous Fees | | | | |
| 322380 | Interest | | | | |
| 322386 | Recoveries of Court Costs | | | | |
| 121000 | Restitution to U.S. Government | | | | |
| 129900 | Conscience Fund | | | | |
| 504100 | Gifts | | | | |
| 613300 | Crime Victims Fund | | | | |
| 510000 | Unclaimed Monies | | | | |
| 510100 | Civil Filing Fee (½) | | | | |
| | Registry Fee | | | | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE:                    20              DEPUTY CLERK:

<u>CERTIFICATE OF MAILING</u>

State of New York    )
                     )ss.:
County of New York)

Stephen Latzman, an attorney, certifies following:

On May 8, 2008, I caused to be served the within Notice of Deposit of Undertaking by depositing same in a prepaid properly addressed wrapper in an official depository under the exclusive care and control of the United States Postal Service within the state of New York upon the following:

Joseph Lilly, Esq.,
60 East 42nd Street, Suite 1338
New York, NY 10165

Dimitry Joffe, Esq,
Kasowitz, Benson, Torres and Friedman
1633 Broadway
New York, NY 10019

Dated:   May 8, 2008

                                        _____
                                        Stephen Latzman, Esq. (SL 6462)
                                        Attorney for Plaintiff
                                        276 Fifth Avenue, Suite 306
                                        New York, New York 10001
                                        (212) 532-3368