UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

                                      Plaintiffs,

      -against-

MARTIN S. KENNEY,

                                      Defendant.

-------------------------------------------------------------------x

NOTICE OF APPEAL

Docket 06 Cv 2975 (JSR)

MAY 0 3 2008

    NOTICE is hereby given that Kenney, Becker LLP and Eugene Becker, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the following orders in this action: Order filed March 10, 2008, which granted defendant's motion to impose sanctions upon plaintiffs; Order filed April 23, 2008, which denied plaintiffs' motion for reconsideration of order filed March 10, 2008, and final Order entered April 24, 2008 determining amount of sanctions payable by plaintiffs to defendant.

Dated: May 7, 2008
       New York, NY

                                                    Stephen Latzman, Esq. (SL 6462)
                                                   Attorney for Plaintiffs
                                                   276 Fifth Avenue, Suite 306
                                                   New York, NY 10001
                                                   (212) 532 3368

To:    Joseph Lilly, Esq.,
         Attorney for Defendant
         60 East 42nd Street, Suite 1338
         New York, NY 10165

         Dimitry Joffe, Esq,
         Kasowitz, Benson, Torres and Friedman
         Attorney for Defendant
         1633 Broadway
         New York, NY 10019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

                                    Plaintiffs,                Docket 06 Cv 2975 (JSR)

          -against-

MARTIN S. KENNEY,

                                    Defendant.

------------------------------------------------------------------x

## NOTICE OF APPEAL SERVICE LIST

To:    Joseph Lilly, Esq.,
         Attorney for Defendant
         60 East 42nd Street, Suite 1338
         New York, NY 10165

         Dimitry Joffe, Esq,
         Kasowitz, Benson, Torres and Friedman
         Attorney for Defendant
         1633 Broadway
         New York, NY 10019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

                          Plaintiffs,                  **AFFIDAVIT OF SERVICE**
                                                                       Docket 06 Cv 2975 (JSR)
    -against-

MARTIN S. KENNEY,

                           Defendant.
------------------------------------------------------------------x

State of New York    )
                            )ss.:.
County of New York  )

      Chong W. Woo, being duly sworn, deposes and says:

      1. I am over the age of eighteen years not a party to this action, reside at Brooklyn, NY and am employed by Stephen Latzman, an attorney with offices at 276 Fifth Avenue, Suite 306, New York, New York 10001.

      2. On May 7, 2008, I served the within Notice of Appeal upon the following, by first class mail by depositing a true copy of the same in a postpaid properly addressed wrapper in the official depository under the exclusive care and control of the United States Postal Service within the State of New York.

    Joseph Lilly, Esq.,
    Attorney for Defendant
    60 East 42nd Street, Suite 1338
    New York, NY 10165

    Dimitry Joffe, Esq.
    Kasowitz, Benson, Torres and Friedman
    Attorney for Defendant
    1633 Broadway
    New York, NY 10019

                                                        Chong W. Woo

Sworn to before me
on May 7, 2008

_____
Notary Public

STEPHEN LATZMAN
Notary Public, State of New York
No. 02LA4618508
Qualified in Nassau County
Commission Expires Oct. 31, 20__