*[handwritten top right]* SDNY/NYNY
06-CV-2975
RAKOFF

# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------------------

KENNEY, BECKER, LLP v. KENNEY       No. 08-2307-cv

---------------------------------------------------------------

*[stamp]* UNITED STATES COURT OF APPEALS
FILED
JUN 20 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

STIPULATION WITHDRAWING APPARENTLY PREMATURE APPEAL

Whereas this case was removed, from the state court in New York County, to the United States District Court for the Southern District of New York, on April 17, 2006; and

Whereas the District Court, on June 5, 2006, entered an order placing this case on suspense and directing the parties to keep the Court informed of the status of arbitration proceedings ongoing between the parties; and

Whereas the District Court, on March 6, 2008, granted defendant's motion for sanctions against plaintiffs "for plaintiffs' wrongful issuance, under the purported authority of this Court, of a third-party subpoena in the arbitration proceedings"; and

Whereas the District Court, on April 23, 2008, ordered that "plaintiffs are jointly and severally liable to defendant for $30,000"; and

Whereas plaintiffs, on May 8, 2008, filed their notice of appeal from the imposition of the above monetary sanction; and

Whereas both the Supreme Court of the United States, in Cunningham v. Hamilton County, 527 U.S. 198 (1999), and the United States Court of Appeals from the Second Circuit, in New Pacific v. Excal, 252 F. 3d 667 (2d Cir. 2001), have held that sanctions cannot be appealed until the entry of a final judgment on pending claims for relief; and

Whereas entry of a final judgment by the District Court awaits completion of the arbitration proceedings, at which time the District Court can consider cross-motions to confirm or vacate arbitral award, filed by the parties; WHEREFORE,

IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel that the above apparently premature appeal be withdrawn, without costs or attorneys' fees for time spent on this appeal.

--------------------------------------------
Attorney For Appellants

--------------------------------------------
Attorney For Appellee

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By *Stanley A. Bass*
Stanley A. Bass, Staff Counsel
June 20, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *[signature]*
DEPUTY CLERK

CERTIFIED: JUN 24 2008