UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

Plaintiffs,

-against-

MARTIN S. KENNEY,

Defendant.

---------------------------------------------------------------------x

ORDER

Docket 06 Cv 2975 (JSR)

It appearing that plaintiffs Kenney, Becker LLP and Eugene Becker deposited $30,000.00 with the Clerk of the Court on May 8, 2008 as an undertaking on appeal from Orders entered March 10, 2008, April 23, 2008 and April 24, 2008, and this court having vacated the Orders entered March 10, 2008, April 23, 2008 and April 24, 2008,

NOW, on motion of Stephen Latzman, Esq., attorney for plaintiffs, it is

ORDERED, that the Clerk of the Court shall pay to plaintiff Eugene S. Becker the sum of $30,000.00, the amount deposited on May 8, 2008, by check payable to said plaintiff and delivered to plaintiffs' attorney, Stephen Latzman, Esq., of 276 Fifth Avenue, Suite 306, New York, New York 10001.

SO ORDERED.

Dated: New York, New York
July 8, 2008

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-9-08

ORIGINAL-WHITE DUPLICATE-YELLOW TRIPLICATE-PINK

RECEIPT FOR PAYMENT

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

E 650099

at

RECEIVED FROM Eugene Becker
Sanctions

| Fund | | | |
|---|---|---|---|
| 6855XX | Deposit Funds | | |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | [illegible] | |
| 322340 | Sale of Publications | [illegible] | |
| 322350 | Copy Fees | DATE/TIME: 5/8/2008 9:45:41 AM | |
| 322360 | Miscellaneous Fees | CASHIER: CATHERINE #5 | |
| 143500 | Interest | STATION: 01 | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | SANCTIONS 322380 | $30,000.00 |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | CHECK TOTAL | $30,000.00 |
| 613300 | Unclaimed Monies | [illegible] | [illegible] |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | Check Amount | $30,000.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK: [signature]

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |