Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KENNEY, BECKER LLP and
EUGENE S. BECKER,

                              Plaintiffs,

        -against-

MARTIN S. KENNEY,

                              Defendant.
-----------------------------------------------------------------x

STIPULATION
OF DISMISSAL

Docket 06 Cv 2975 (JSR)

       The parties stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: ~~June~~ 7/15 2008
        New York, NY

Stephen Latzman, Esq. (SL 6462)
Attorney for Plaintiffs
276 Fifth Avenue, Suite 306
New York, NY 10001
(212) 532 3368

Joseph H. Lilly, Esq. (JL6560)
Attorney for Defendant
60 East 42nd Street, Suite 1338
New York, NY 10165
(212) 687-6523

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-08

14

7/15/08